**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 08MJ0394 |
| Plaintiff,                  ) | |
| v.                          ) | **NOTICE OF APPEARANCE** |
| GUILLERMO ARANDA,           ) | |
| Defendant.                  ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

      Respectfully submitted,

Dated:  February 15, 2008

/s/ *STEPHEN D. DEMIK*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Stephen_Demik@fd.org

1 | **CERTIFICATE OF SERVICE**

2 | Counsel for Defendant certifies that the foregoing is true and accurate to the best

3 information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4 upon:

5 | Courtesy Copy to Chambers

6 | Copy to Assistant U.S. Attorney via ECF NEF

7 | Copy to Defendant

8

9 Dated: February 15, 2008                    /s/ STEPHEN D. DEMIK
                                            Federal Defenders of San Diego, Inc.
10                                          225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
11                                          (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
12                                          Stephen_Demik@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28