```
 1  KERRY STEIGERWALT'S PACIFIC LAW CENTER
    William K. Mueller    SBN  80446
 2  4225 Executive Square Suite 1550
    La Jolla, CA 92037
 3  888-789-0123
 4
 5
    Attorney for Defendant GUILLERMO MARIN ARANDA
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  Case No: 08-mj-00394-ABJ
                                     )
12              Plaintiff,           )  Substitution of Attorney
                                     )
13        v.                         )
                                     )
14  GUILLERMO MARIN ARANDA,          )
                                     )
15              Defendant.           )
                                     )
16  _____  )
17  The defendant, GUILLERMO MARIN ARANDA, hereby substitutes WILLIAM K. MUELLER as his
18  attorney of record in the case on file herein.  The defendant's current attorney of record, Federal
19  Defender STEPHEN DEMIK, is now relieved of any and all responsibility for the defendant's
20  representation, including trial and appeal.
21
22  I consent to the Substitution
23
24  Dated:  2/25/08                             X Guillermo Marin Aranda.
25                                                Guillermo Marin Aranda
                                                  Defendant
26
27
28
                              1
                    Substitution of Attorney
```

FILED FEB 26 2008 CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, DEPUTY

///// 

I consent to the substitution.

Dated: 2/26/08

_____
Stephen Demik
Former Federal Defender

I consent to the Substitution.

Dated: 2/22/08

_____
William K. Mueller
New Attorney

It is so ordered

[signature] 2/26/08

Substitution of Attorney