```
                                FILED
                             MAR 13 2008
                         CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                       BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0753-JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| GUILLERMO ARANDA, | (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about February 11, 2008, within the Southern District of California, defendant GUILLERMO ARANDA, did knowingly and intentionally import 500 grams or more, to wit: approximately 2.2 kilograms (4.84 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 3/13/08.

KAREN P. HEWITT
United States Attorney

*[signature]*
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
2/22/08