AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2008
DISTRICT COURT
OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GUILLERMO ARANDA | CASE NUMBER: 08 CR 753 JLS |

I, **GUILLERMO ARANDA**, the above named defendant, who is accused of committing the following offense:

> Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **3/13/08** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Guillermo Aranda_
Defendant

_[signature]_
Counsel for Defendant
for Christos De Olivos

Before _[signature]_
Judicial Officer