1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N Bradford Ave, Ste L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721
   Email: christian@deolivaslaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JUDGE JANICE L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GUILLERMO ARANDA,<br><br>　　　　Defendant | **CASE**: 3:08-cr-753-JLS-1<br>**DATE**: AUGUST 15, 2008<br>**TIME**: 9:00 AM<br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT** |

### NOTICE OF JOINT MOTION
**TO**: THE UNITED STATES ATTORNEY; DEFENDANT

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, GUILLERMO ARANDA, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, CHARLOTTE E. KAISER, will move this Court to grant the above-entitled motion.

### JOINT MOTION

The Defendant, GUILLERMO ARANDA, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, CHARLOTTE E. KAISER, and pursuant to Federal Rules

of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby move this Court to grant the above-stated motion.

We all agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which the Sentence With Probation Office Report must commence as set forth in 18 USCA §3161(c)(1). In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Sentence with Probation Officer Report hearing date of JULY 11, 2008 at 9:00 and be continued to AUGUST 15, 2008, at 9:00 am, in order to prepare for said Sentencing hearing and Probation Office to prepare Presentencing Report.

Respectfully Submitted,

**DATED**: July 8, 2008      **SIGNED**: /s/ Christian De Olivas
                                          CHRISTIAN DE OLIVAS

                                          ATTORNEY FOR DEFENDANT
                                          GUILLERMO ARANDA

**DATED**: July 8, 2008      **SIGNED**: /s/ Charlotte E. Kaiser
                                          CHARLOTTE E. KAISER

                                          ATTORNEY FOR PLAINTIFF
                                          UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Joint Motion; Joint Motion to Continue Sentence With Probation Office Report Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Ms. Charlotte E. Kaiser, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2008.

**DATED**: July 8, 2008          **SIGNED**: /s/ Christian De Olivas

                                 CHRISTIAN DE OLIVAS

                                 ATTORNEY FOR DEFENDANT
                                 GUILLERMO ARANDA