# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE**: 3:08-cr-753-JLS-1 |
| Plaintiff, | |
| vs. | **ORDER CONTINUING SENTENCING** |
| GUILLERMO ARANDA, | |
| Defendant | |

Upon joint motion of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Sentence with Probation Office Report date for MR. GUILLERMO ARANDA, be continued until AUGUST 15, 2008 at 9:00 a.m. in Courtroom 6, before Judge Janis L. Sammartino.

**SO ORDERED**.

DATED: July 8, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge